

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00893-CV

**IN RE MICHAEL SWITZER**,
Original Mandamus Proceeding[1]

No. 04-08-00901-CV

**IN RE LISA SWITZER**,
Original Mandamus Proceeding[2]

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice

Delivered and Filed:   January 28, 2009

PETITIONS FOR WRIT OF MANDAMUS DENIED

Relators have filed petitions for writ of mandamus. This court has determined that relators are not entitled to the relief sought. Therefore, the petitions are DENIED. TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2008-PA-01700, styled *In the Interest of R.J.S.*, filed in the 224th Judicial District Court, Bexar County, Texas.

[2] This proceeding arises out of Cause No. 2008-PA-01700, styled *In the Interest of R.J.S.*, filed in the 224th Judicial District Court, Bexar County, Texas.